ACCEPTED
03-14-00704-CV
3757715
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 5:50:55 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00704-CV

IN THE
COURT OF APPEALS
OF THE THIRD SUPREME JUDICIAL CIRCUIT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 5:50:55 PM
JEFFREY D. KYLE
Clerk

---

**2004 Dodge Ram 1500 TX LP#CPL1988
and 2000 Buick TX LP CV1N8187**

**v.**

**The State of Texas**

---

APPEAL FROM THE 20th JUDICIAL DISTRICT COURT
TRIAL COURT CAUSE NUMBER CV36,279

## APPELLANT'S MOTION TO REINSTATE APPEAL

**COMES NOW** Appellant LaToya Alcorn, and files Appellant's Motion to Reinstate Appeal, and in support thereof respectfully shows the Court the following:

1.      Around November 17, 2014, Appellant filed a motion to for extension of time to file an indigence affidavit. Tex. R. App. P. 20.

2.      On December 23, 2014, this Court granted Appellant's request for extension of time, abated the appeal, and asked the trial court clerk to set the deadline for contesting indigence.

3.      On December 30, 2014, the clerk set January 9, 2015, as the deadline. (*See* Exhibit A, Letter from 20th District Clerk)

4. Today is January 13, 2015, Appellant's affidavit has been on file well over 10 days, and no one has opposed her indigence.

5. Therefore, Appellant now requests this Court lift the abatement, and reinstate this appeal.

**THEREFORE,** Appellant LaToya Alcorn files Appellant's Motion to Reinstate Appeal, and prays this Court will grant all relief herein requested.

Respectfully submitted,

_Benton Ross Watson_____
Benton Ross Watson
120 E. 1st Street / PO Box 1000
Cameron, Texas 76520
Tel: 1 (254) 307-8181
Fax: 1 (254) 231-0212
ross@texastopdefense.com
State Bar No. 24077591
Attorney for LaToya Alcorn

## CERTIFICATE OF SERVICE & CONFERENCE

This is to certify that on January 13, 2015, a true and correct copy of Defendant's Motion to Reinstate was served on the Milam County District Attorney's Office electronically at pmotz@milamcounty.net, wwtorrey@milamcounty.net, and dkeen@milamcounty.net; electronic transmission was reported as complete; and the manner of conference complied with Rule 10.1(a)(5), Tex. R. App. P.

_Benton Ross Watson_
Benton Ross Watson

# EXHIBIT A

[District Clerk's Letter Setting Deadline to Contest Indigence]



## CINDY FECHNER
*District Clerk, Milam County*

102 South Fannin • Suite 5
Cameron, Texas 76520

Office: 254-697-7052
Fax: 254-697-7056

December 30, 2014

Mr. Paul Motz
Assistant District Attorney
Milam County
204 N. Central
Cameron, Texas 76520

Mr. Bill Torrey
County & District Attorney
Milam County
204 N. Central
Cameron, Texas 76520

Ms. Angela Ralston
Court Reporter
20th Judicial District
102 S. Fannin, Ste. 4
Cameron, Texas 76520

In Re: Case No. 03-14-00704-CV
        Trial Court No. CV36,279

Style: 2004 Dodge Ram 1500 TX LP #CPL1988, et al

Please be advised that the appellant has filed an affidavit of indigence on the above numbered and styled case. The deadline to file a contest to the affidavit will be by January 9, 2015.

*Cindy Fechner*

Cindy Fechner
District Clerk
Milam County, Texas

CC: Benton Ross Watson, Attorney at Law, P.O. Box 888, Cameron, Texas 76520

CC: Case file